UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Insight Technology, Inc.</u>

    v.                              Civil No. 04-cv-74-JD

<u>SureFire, LLC</u>

<u>O R D E R</u>

Insight Technology, Inc. brings a patent infringement action against SureFire, LLC, and SureFire raises the affirmative defenses of anticipation and obviousness. The court previously notified the parties that they would be required to mediate prior to trial, which is scheduled for the period beginning on October 20, 2009.

The parties shall file a notice of the status of mediation. If they have not yet begun mediation, they are directed to do so.

SO ORDERED.

/s/ Joseph A. DiClerico, Jr.
Joseph A. DiClerico, Jr.
United States District Judge

September 8, 2009

cc:   Thomas A. Brown, Esquire
      Laura L. Carroll, Esquire
      Zachary Rush Gates, Esquire
      Jonathan Hangartner, Esquire
      Lawrence K. Kolodney, Esquire
      Gregory A. Madera, Esquire
      Diane A.D. Noel, Esquire
      Jonathan M. Shirley, Esquire
      Craig R. Smith, Esquire
      Daniel E. Will, Esquire
      Leigh S. Willey, Esquire