UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Insight Technology, Inc.

    v.                        Civil No. 04-cv-74-JD

SureFire, LLC

O R D E R

In anticipation of trial, the parties filed proposed jury instructions that included their disagreements about certain claim terms. The parties also filed a joint submission of claim terms that sets forth their disagreements about the meaning of the phrases "biased in a direction normal to the top surface of the housing" and "extending across and along a top surface of the housing." The disputed claim terms were construed in the court's claim construction order issued on February 28, 2006, document no. 79. At this point in time, it is the court's intention to use the original claim construction in the jury instructions without the parties' proposed additions.

SO ORDERED.

                                            Joseph A. DiClerico, Jr.
                                            United States District Judge

October 6, 2009

cc:  Thomas A. Brown, Esquire
     Laura L. Carroll, Esquire
     Zachary Rush Gates, Esquire
     Jonathan Hangartner, Esquire
     Lawrence K. Kolodney, Esquire
     Gregory A. Madera, Esquire
     Diane A.D. Noel, Esquire
     Jonathan M. Shirley, Esquire
     Craig R. Smith, Esquire
     Daniel E. Will, Esquire
     Leigh S. Willey, Esquire